**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MYRT HALES**                                  **CASE NO.  3:25-CV-01784**

**VERSUS**                                       **JUDGE TERRY A. DOUGHTY**

**KERR-MCGEE OIL & GAS ONSHORE L**   **MAG. JUDGE KAYLA D.**
**P ET AL**                                      **MCCLUSKY**

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 72], noting no written and filed objections thereto, and after an independent review of the record,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendant, NGS Sub Corp.'s Rule 12(b)(6) Motion [Doc. No. 39] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED** as to Plaintiff Myrt Hales' claims under Civil Code article 2688, for strict liability under pre-1996 Civil Code articles 2317 and 2322, and for breach of contract premised upon express lease provisions, and these claims are **DISMISSED WITH PREJUDICE**.  The Motion to Dismiss [Doc. No. 39] is otherwise **DENIED**.

MONROE, LOUISIANA, this 15th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE